AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>DEANDRE CHAVEZ LITTLE<br><br>*Defendant(s)* | Case No.  1:19-mj-0728 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 11, 2019 in the county of Marion in the Southern District of Indiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Celia Wright*
*Complainant's signature*

Celia A. Wright, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/02/2019

*[signature]*
*Judge's signature*

City and state:  Indianapolis, IN

Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Special Agent Celia A. Wright, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts of which I am aware of relating to this investigation.

2. I am currently a criminal investigator (Special Agent) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed as such for approximately four (4) years. I have been involved in numerous firearm and narcotics investigations and have been the affiant on numerous federal search warrants and federal criminal complaints. I have had training at Federal Law Enforcement Training Center (FLETC) in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have 3 years of experience as a math teacher and obtained a bachelor's degree in mathematics and master's degree in administration and leadership.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, informants and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

## **PROBABLE CAUSE**

4. ATF is conducting a criminal investigation concerning DEANDRE CHAVEZ LITTLE (LITTLE), DOB: XX/XX/1990, for a violation of Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm), among other potential state and federal criminal violations.

5. During the month of June 2019, I reviewed Indiana State Police (ISP) report 19ISPC006713 regarding a traffic stop, which took place on June 11, 2019, in Indianapolis, Indiana on interstate I-70 West. On June 11, 2019, at approximately 1153 hours, ISP Trooper Walter Butt was traveling west on I-70 and observed a gold Chevy SUV bearing license plate 54M26 and the driver was not wearing his seat belt. Trooper Butt positioned himself behind the gold Chevy SUV and initiated his emergency lights. The gold Chevy SUV then changed lanes without signaling and continued for ¼- ½ mile before finally stopping.

6. Trooper Butt approached the gold Chevy SUV and the driver advised he did not have his identification card but wrote his name down as 'DEANDRE LITTLE (DOB: XX/XX/1990)'. When approaching the vehicle, Trooper Butt smelled what he knows through his training and experience to be marijuana. Trooper Butt was operating a marked K-9 commission and asked for an additional unit to assist. LITTLE, the sole occupant of the gold Chevy SUV, was asked to exit the vehicle and was placed in handcuffs.

7. Trooper Butt retrieved his K9 and conducted a free air sniff. Trooper Butt's K9 made a final alert on the driver's side front door. The male driver was identified via an Indiana BMV return as DEANDRE LITTLE (DOB XX/XX/1990) and his driving status was suspended prior.

8. Trooper Butt then conducted a search of the vehicle and located suspected marijuana in the console under the radio and a loaded, black Glock .40 caliber firearm bearing serial number (XVY966) with 1 round in the chamber and 11 rounds in the magazine under the driver seat.

9. In a post-*Miranda* interview, LITTLE advised the marijuana was his but the firearm under the seat belonged to his sister. The firearm found during this incident was processed for DNA and a buccal warrant was obtained for LITTLE's DNA through Marion County Superior Court. The results of the DNA comparison revealed LITTLE's DNA was on the muzzle and front sight area of the firearm.

10. All of the above-described events occurred in the Southern District of Indiana, Indianapolis Division.

11. A computerized criminal history check of LITTLE revealed the following felony convictions:

   a. Theft as a class D felony on or about June 3, 2010, under Hancock County cause no. 30C01-0906-FD-153;

   b. Resisting Law Enforcement as a class D felony on or about December 13, 2013, under Marion County cause no. 49F15-1309-FD-062093;

   c. Burglary as a class B felony on or about December 10, 2009, under Marion County cause no. 49G06-0903-FB-029352.

12. On or about July 31, 2019, I contacted ATF Interstate Nexus Expert SA Brian Clancy regarding the above-described Glock .40 caliber firearm bearing serial number (XVY966). SA Clancy determined that the Glock firearm was not manufactured within the state of Indiana.

## CONCLUSION

13. Based on the facts set forth herein, I respectfully submit that probable cause exists to believe that on or about June 11, 2019, DEANDRE LITTLE, a convicted felon, knowingly

possessed a firearm while knowing he had been convicted of one or more felony convictions, all in violation of Title 18, United States Code, Section 922(g)(1).

_____
Special Agent Celia A. Wright
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me this 2nd day of August ~~th day of July~~, 2019.

_____
The Honorable Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

4