UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CAUSE NO. 1:19-mj-0728 |
|  | ) |  |
| DEANDRE CHAVEZ LITTLE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm | NMT 10 years | $250,000 | NMT 3 years |  |

Dated: _____     _____
                                    DEANDRE CHAVEZ LITTLE
                                    Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana